IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROSALINA D. BONA,<br><br>    Defendant and Judgment Debtor.<br><br>CALIFORNIA STATE BOARD OF EQUALIZATION,<br>(and its Successors and Assignees)<br>    Garnishee. | Case No.: 2:17MC00148-TLN-EFB<br><br>**[proposed] ORDER TERMINATING THE WRIT OF CONTINUING GARNISHMENT (WAGE GARNISHMENT)**<br><br>Criminal Case No.: 2:10CR00319-EFB |

The Court, having reviewed the court files and the United States' Application for Order Terminating the Writ of Continuing Garnishment (the "Application"), and finding good cause therefrom, hereby GRANTS the Application. The California State Board of Equalization is ordered to return to any and all withheld funds to Ms. Bona. The Writ of Continuing Garnishment issued under this miscellaneous case number against Rosalina Bona is hereby TERMINATED pursuant to 28 U.S.C. § 3205 (c)(10)(A), and the Clerk is directed to close the case.

IT IS SO ORDERED.

Dated: November 6, 2017

                                            EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE